

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name:        George W. Campbell and Sheila Smith v. DLJ Mortgage Capital, Inc. Its Successors and/or Assigns

Appellate case number:     01-18-01047-CV

Trial court case number:    2016-10304

Trial court:               295th District Court of Harris County

This Court's April 30, 2019 Memo Opinion and Judgment dismissed this appeal for want of prosecution because appellants had failed to timely pay for the filing and clerk's record fees. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b). On May 15, 2019, appellants timely filed a "Motion to Reconsider Dismissal" contending that they had paid for the filing fee that day and were making arrangements to pay for the clerk's record fee immediately. This Court's May 23, 2019 Order on Motion construed appellants' motion as one for rehearing, requested appellee's response, and requested appellants to file evidence of payment of the clerk's record fee, both within ten days of that Order. *See* TEX. R. APP. P. 49.2. On May 29, 2019, appellants filed proof of payment of the clerk's record fee. On May 30, 2019, the district clerk filed the clerk's record. On June 3, 2019, appellee timely filed a response.

Accordingly, because appellants have now paid for the filing and clerk's record fees, and the district clerk filed the clerk's record on May 30, 2019, the Court **grants** appellants' motion for rehearing, **withdraws** the April 30, 2019 Memo Opinion and Judgment, and **reinstates** this appeal on the active docket. *Cf.* TEX. R. APP. P. 5, 37.3(b). Because the reporter's record had been filed on March 30, 2019, the Court **orders** appellants' brief to be filed **within 30 days of the date of this Order.** *See* TEX. R. APP. P. 38.6(a)(1).

It is so ORDERED.

Judge's signature: __/s/ Laura C. Higley_____
                      x  Acting for the Court

Panel consists of:  Justices Keyes, Higley, and Landau.

Date: __June 11, 2019___